FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 11 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE T. BURKE,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>STATE BAR OF CALIFORNIA; ALLEN YOCHELSON; BARBARA ANSCHER GALAL GOUGH; ALLEN MALMQUIST; DEBRA MURPHY-LAWSON; BILL LOCKYER, Attorney General,<br><br>    Defendants - Appellees. | No.  07-15127<br>D.C. No.  CV-06-06950-WHA<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 9/29/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Synitha Walker
Deputy Clerk